UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 15-2023 DSF (AGRx) | Date | 11/30/15 |
|---|---|---|---|
| Title | Sketchy Studios, LLC v. Frame Rates, Inc., et. al | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Show Cause re Sanctions

    This is the second time that Bruce Berman has failed to appear at a Court-ordered Scheduling Conference. The first time was in the related (now consolidated) case, Rausch v. Blair, CR 15-2023 DSF (AGRx). Mr. Berman's lack of respect for the Court's calendar and opposing counsel is unacceptable. The Court presumes the excuses provided by Mr. Berman in response to the Court's Order to Show Cause in Rausch v. Blair do not apply to this failure to appear. Therefore, Mr. Berman is ordered to show cause in writing no later than December 10, 2015 why he should not be sanctioned in the amount of $500 for his failure to comply with this Court's order. Payment of that amount to the Clerk of the Court no later than December 9 will be sufficient compliance with this Order.

    IT IS SO ORDERED.