# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-2023-DSF (AGRx) | Date | September 29, 2017 |
|---|---|---|---|
| Title | Sketchy Studios, LLC v. Frame Rates Inc. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| Marine Pogosyan | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Murphy | Katherine McBroom |

Attorneys Present for Cross Defendant:
Sidney Christopher Winter

**Proceedings:**   **SETTLEMENT CONFERENCE - SEVENTH SESSION**

The seventh session of the settlement conference is conducted off the record. Michael Murphy, Esq. appears telephonically on behalf of Plaintiffs. Katherine McBroom, Esq. appears telephonically on behalf of Defendants. Sidney Christopher Winter, Esq. appears telephonically on behalf of Cross Defendant House of Moves, Inc.

The eighth session of the settlement conference is set for October 2, 2017, at 11:00 a.m. Counsel only are ordered to appear telephonically. The call-in information is as follows: Call-in Number: (213) 894-0800; Meeting ID: 1114#; and User Password: 1274#. If counsel have any problems connecting to this call, please contact the IT Help Desk at (213) 894-6133.

cc:   District Judge Dale S. Fischer
       All Parties of Record

|   | 0 | : | 20 |
|---|---|---|---|
| Initials of Preparer | mp | | |